FILED US District Court-UT
OCT 06 '21 PM02:33

ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN MIGUEL GONZALEZ-PEREZ, and<br>MARIA LOURDES ROJAS<br><br>Defendants. | <u>INDICTMENT</u><br><br>Count 1: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute ( >500 grams)<br><br>Case: 2:21-cr-00424<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 10/6/2021<br>Description: |

The Grand Jury charges:

<u>COUNT 1</u>
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about September 26, 2021 in the District of Utah,

JUAN MIGUEL GONZALEZ-PEREZ, and
MARIA LOURDES ROJAS,

defendants herein, did knowingly and intentionally distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2,

and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 21 U.S.C. § 853, upon conviction of any offense violating 21 U.S.C. § 841, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

- $12,587.00

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

VERNON G. STEJSKAL
Assistant United States Attorney